

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

KTF
F. #2024R00288

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 14, 2026

<u>By ECF</u>

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: United States v. Eric Earnest, et al.
> <u>Criminal Docket No. 25-323 (LDH)</u>

Dear Judge DeArcy Hall:

The government writes on behalf of the parties to inform the Court that, pursuant to the Court's order dated May 8, 2026, the parties, with the exception of defendant Shane Hennen,[1] consent to the exclusion of time until June 10, 2026 under the Speedy Trial Act. The government submits that exclusion is in the interests of justice because of ongoing plea negotiations and discovery productions and review.

Additionally, during our last court appearance, the Court asked the government when it intends to supersede the above-captioned indictment. Although the government

---

[1] The government requested the defendants' positions via email on May 9, 2026. As of May 14, 2026, at 8:05 pm, the government has not received a response from counsel for Mr. Hennen.

previously anticipated doing so this week, because of scheduling issues, the government now anticipates doing so next week.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:           /s/
Kaitlin Farrell
Assistant United States Attorney
(718) 254-6072

cc:    Clerk of Court (LDH) (by ECF)
Counsel of Record (by ECF)